44 So.2d 848

■

## PAN AMERICAN PRODUCTION CO. et al. v. STATE MINERAL BOARD et al.

No. 39658.

Supreme Court of Louisiana.

Dec. 9, 1949.

Rehearing Denied Feb. 13, 1950.

Liskow & Lewis, Lake Charles, for plaintiff-appellant.

Bolivar E. Kemp, Jr., Atty. Gen., Carroll Buck, 1st Asst. Atty. Gen., John L. Madden, Asst. Atty. Gen., for defendant-appellee.

McCALEB, Justice.

This case was consolidated for all purposes with the suit of The Texas Company v. State Mineral Board et al., 216 La. 742, 44 So.2d 841. The decision in that matter controls here.

The judgment appealed from is affirmed.